IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 03-62141-CIV MARTINEZ/KLEIN

**NIGHT BOX FILED**

APR 13 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

IRA K. GINSBERG,

    Plaintiff,

vs.

SIVLERSEA CRUISES, LTD., INC.,
A foreign corporation,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO SET HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 7.1

**COMES NOW**, Plaintiff, **IRA K. GINSBERG**, by and through his undesigned attorneys and hereby files this his Motion to Set Hearing on Defendant's Motion for Summary Judgment Pursuant to Local Rule 7.1 and in support thereof states:

1. That the Defendant in it's Motion states that many other cruise lines use similar "Athens Convention" language in their passenger contracts.

2. That the decision by the Court in this matter will have a significant impact on Florida's cruise line industry and the thousands of passengers who travel to Florida to become passengers on our many cruise lines.

**WHEREFORE**, Plaintiff, **IRA K. GINSBERG**, moves this Honorable Court to grant a hearing on Defendant's Motion for Summary Judgment.

**IS HEREBY CERTIFIED** that a copy of the foregoing, with attached Interrogatories, has been furnished by mail, this __13th__ day of April, 2005: to JEFFREY B. MALTZMAN,

ESQ., KAYE, ROSE & MALTZMAN, LLP, Attorneys for Defendant, One Biscayne Tower, Suite 2300, Two South Biscayne Boulevard, Miami, FL 33131, and to HOWARD C. KORNBERG, Co-Counsel for Plaintiff, 10880 Wilshire Boulevard, Suite 1840, Los Angeles, CA 90024.

      WELCH & FINKEL
      Attorneys for Plaintiff
      2401 East Atlantic Boulevard, Suite 400
      Pompano Beach, FL 33062
      Telephone: (954) 943-2020
      Fax: (954) 782-1552

By_____*Morris S. Finkel*_____
      MORRIS S. FINKEL, Esq.
      Florida Bar Number: 210651